**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**TOMMY RADFORD**                                                                                **PLAINTIFF**

**v.**                                        **Case No: 4:25-cv-00480-LPR**

**T. GRIFFIN, et al.**                                                                   **DEFENDANTS**

**<u>ORDER</u>**

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Patricia S. Harris (Doc. 30). No timely objections have been filed. After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.[1]

Accordingly, Plaintiff's Complaint (Doc. 2) and Amended Complaint (Doc. 10) are DISMISSED without prejudice for failure to prosecute. All pending motions are denied as moot. The Clerk is directed to close this case. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 30th day of March 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] To the extent Doc. 31 is considered an objection, the Court considers it even though it is mislabeled and late. The Court is not moved by Plaintiff's objection. On the one hand, Plaintiff says he has been homeless since January 6, 2026. On the other hand, Plaintiff says that, on March 3, 2026, he was living at the Ouachita County Jail (address: 109 Goodgame St., Camden, AR) and that his alternative current address was 918 Franklin St., Camden, AR 71701. These two statements appear to be contradictory, or at least suggest that Plaintiff has a place to receive mail even if he is actually homeless. (It's worth noting that the two addresses given to the Court by Plaintiff in Doc. 31 are the same addresses he has previously given to the Court.) In light of the foregoing, Plaintiff has been woefully inadequate in meeting his obligations to keep informed about his case and to timely respond to Court orders.